UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CR364 HEA |
| CHRISTEL THOMPSON, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Tuesday, May 15, 2012, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 2nd day of May, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE